UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **PRO DRIVE OUTBOARDS, LLC**<br>**Plaintiff** | Case No.   6:18-cv-01241 |
| VS. | Judge   MICHAEL J. JUNEAU |
| **CRUZANI, INC. F/K/A US HIGHLAND, INC., ET AL**<br>**Defendant** | Magistrate Judge   CAROL B. WHITEHURST |
| | JURY TRIAL REQUESTED |

**CORPORATE DISCLOSURE STATEMENT OF**

**CRUZANI, INC. F/K/A US HIGHLAND, INC.**

The undersigned, counsel of record for Cruzani, Inc. f/k/a US Highland, Inc., a Nevada Corporation, a private (non-governmental) party, certifies pursuant to Rule 7.1 of the Fed. R. Civ. P. that Cruzani, Inc. f/k/a US Highland, Inc. has no parent corporations, affiliates or subsidiaries that are publicly held and that there is no parent corporation or publicly held corporation that own 10% or more of its stock.

Dated: March 6, 2019

                                    Respectfully Submitted,

          **LAW OFFICE OF DICK "DAVE" KNADLER, LLC**

                              */s/ Dick "Dave" Knadler*

                              DICK "DAVE" KNADLER (#27829)

                                3223 First Street

                              Mansfield, LA 71052

                              Telephone: (318) 925-1178

Facsimile: (318) 872-0083

Email:  dknadler@hotmail.com

and

**THE STEIDLEY LAW FIRM**

*/s/ Gage S. Fender*_____
Jeffrey W. Steidley *(Pro Hac Vice Pending)*
Tx. State Bar No. 19126300
Gage S. Fender *(Pro Hac Vice Pending)*
Tx. State Bar No. 24093590
3701 Kirby Drive, Suite 1170
Houston, Texas 77098
Telephone: (713) 523-9595
Facsimile: (713) 523-9578
Jeff@texlaw.us
Gage@texlaw.us

**ATTORNEYS FOR DEFENDANT
CRUZANI, INC. F/K/A US HIGHLAND, INC.**

## CERTICIATE OF SERVICE

      I hereby certify that I have, this 6th day of March, 2019, provided all parties with a copy of the above and foregoing pleading by means of the CM/ECF electronic filing system.

Ryan M Goudelocke
DURIO MCGOFFIN ET AL
P O Box 51308
Lafayette, LA 70505
337-233-0300
Fax: 337-233-0694
Email: ryan@dmsfirm.com

Thomas St Paul Keaty
KEATY LAW FIRM
365 Canal St Ste 2410
New Orleans, LA 70130
504-524-2100
Fax: 504-524-2105
Email: tskeaty@keatypatentfirm.com

William Winfield Stagg
DURIO MCGOFFIN ET AL
P O Box 51308
Lafayette, LA 70505
337-233-0300
Fax: 337-233-0694
Email: bill@dmsfirm.com

                                          */s/ Dick "Dave" Knadler*

DICK "DAVE" KNADLER

4

DICK "DAVE" KNADLER