**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **PRO-DRIVE OUTBOARDS L L C** | **CASE NO.  6:18-CV-01241** |
| **VERSUS** | **JUDGE JUNEAU** |
| **CRUZANI INC ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## NOTICE OF MOTION SETTING WITHOUT ORAL ARGUMENT

Please take notice that the Motion to Dismiss for Failure to State a Claim, Motion to Transfer Venue (Documents No. 17, 16 respectively) filed by Cruzani Inc on March 6, 2019 has been referred to Honorable Carol B. Whitehurst and have been assigned the May 15, 2019 motion date.

### Deadlines

Any response to a said motion is due within twenty-one (21) days after service of the motion (see LR 7.5).  OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.  The movant may **seek leave of court to file a reply** within ten **(10) calendar days** after the memorandum in opposition is filed.  LR 7.8 governs the length of the memoranda.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary. A written ruling will be issued in due course.

### Courtesy Copies

A courtesy copy of the briefs and any attachments must be provided to chambers promptly after filing to the following address:

> Hon. Carol B. Whitehurst
> United States Magistrate Judge
> 800 Lafayette St., Suite 3400
> Lafayette, Louisiana 70501

**DATE OF NOTICE: March 11, 2019**

> TONY R. MOORE
> CLERK OF COURT